IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONNATHAN ERNESTO SANTOS-FUENTES, aka JONATHAN E. SANTOS FUENTES, aka JONATHAN ERNESTO SANTOS FUENTES,<br><br>Defendant. | 8:25CR93<br><br>INDICTMENT<br><br>42 U.S.C. § 408(a)(7)(B)<br>18 U.S.C. § 1546(b)(2)<br>18 U.S.C. § 1015(e) |

The Grand Jury charges that

## COUNT I
(False Representation of a Social Security Number)

On or about September 25, 2023, in the District of Nebraska, the Defendant, JONNATHAN ERNESTO SANTOS-FUENTES, aka JONATHAN E. SANTOS FUENTES, aka JONATHAN ERNESTO SANTOS FUENTES, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number, ending in XXX-XX-8541, is not the Social Security account number assigned by the commissioner of Social Security to him, for purposes of obtaining any benefit to which he is not entitled and for any other purpose, to wit: to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 42, United States Code, Section 408(a)(7)(B), and subject to sentencing under Title 18.

1

## COUNT II
(Use of False Immigration Identification Document)

On or about September 25, 2023, in the District of Nebraska, the Defendant, JONNATHAN ERNESTO SANTOS-FUENTES, aka JONATHAN E. SANTOS FUENTES, aka JONATHAN ERNESTO SANTOS FUENTES, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act, used a false identification document, to wit: a State of California Driver's License bearing number XXXX7652, and Social Security card bearing number XXX-XX-8541, knowing and having reason to know that the document was false in that it was not issued lawfully for the use of Defendant, who possessed said document.

In violation of Title 18, United States Code, Section 1546(b)(2).

## COUNT III
(False Claim to U.S. Citizenship)

On or about September 25, 2023, in the District of Nebraska, the Defendant, JONNATHAN ERNESTO SANTOS-FUENTES, aka JONATHAN E. SANTOS FUENTES, aka JONATHAN ERNESTO SANTOS FUENTES, did knowingly make a false statement and claim that he is a citizen or national of the United States, with the intent to obtain on behalf of himself any Federal and State benefit or service, and to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

JOHN E. HIGGINS
Assistant U.S. Attorney